DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN W. CHERY,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D21-3272

[December 22, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE18014723.

James Jean-Francois of James Jean-Francois, P.A., Hollywood, for appellant.

Tricia J. Duthiers of Liebler Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***